Mark B. Abelson, Esq.   (SBN NO.: #69947)
CAMPAGNOLI, ABELSON & CAMPAGNOLI
400 Montgomery Street, Second Floor
San Francisco, California 94104
(415) 421–1515     BUSINESS
(415) 421–2510     FACSIMILE

Attorneys for Plaintiffs
RESIDENTIAL FUNDING COMPANY LLC; and
RESIDENTIAL CAPITAL LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>STEEFEL LEVITT & WEISS; MANATT PHELPS & PHILLIPS, LLP; and DOES 1 through 100,<br><br>    Defendants. | CASE NO.  C 10-02192 SI<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF ACTION AND STIPULATION FOR DISMISSAL; ORDER THEREON**<br><br>Complaint Filed:  March 4, 2010<br>Trial Date:           None |

**Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure,** plaintiffs request the dismissal of the action with prejudice, and defendants stipulate to the dismissal of the action with prejudice.

DATED: January 24, 2011

CAMPAGNOLI, ABELSON & CAMPAGNOLI

By: /s/ Mark B. Abelson
MARK B. ABELSON
Attorneys for Plaintiffs
RESIDENTIAL FUNDING COMPANY LLC; and RESIDENTIAL CAPITAL LLC

DATED: January 24, 2011

HILL, FARRER & BURRILL LLP

By: /s/ Kevin H. Brogan
KEVIN H. BROGAN
Attorneys for Defendants
STEEFEL LEVITT & WEISS and MANATT, PHELPS & PHILLIPS, LLP

## ORDER

Pursuant to the stipulation of the parties, the action is dismissed with prejudice.

Dated: _____, 2011

/s/ Susan Illston

Hon. Susan Illston

Judge, United States District Court

HFB 999418.1 M1160023

- 2 -